UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NATHAN P. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:13-CV-522-D |
| ) | |
| CITY OF RALEIGH ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment. The clerk shall close the case.

**This Judgment Filed and Entered on September 23, 2015, and Copies To:**

| | |
|---|---|
| James E. Hairston, Jr. | (via CM/ECF electronic notification) |
| Jeremy Ryan Leonard | (via CM/ECF electronic notification) |
| M. Brad Hill | (via CM/ECF electronic notification) |
| Carolyn Bachl | (via CM/ECF electronic notification) |

DATE **JULIE RICHARDS JOHNSTON, CLERK**

September 23, 2015     By: /s/ Crystal Jenkins

                       Deputy Clerk